ENTER/JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| ANTONIO AQUINO CALDERON,<br><br>    Petitioner,<br><br>    v.<br><br>KELLY HARRINGTON, Warden of Kern Valley State Prison,<br><br>    Respondent. | Case No. CV 09-05892 PSG (AN)<br><br>JUDGMENT |

IT IS HEREBY ADJUDGED that this action is dismissed with prejudice for the reasons set forth in the Magistrate Judge's Report and Recommendation.

Dated: September 22, 2010

                                         PHILIP S. GUTIERREZ
                                         PHILIP S. GUTIERREZ
                                         UNITED STATES DISTRICT JUDGE